**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-7028

DONALD DOC VAUGHAN,

Plaintiff - Appellant,

v.

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES; R.C.I.; ANTHONY HUTZLER, CO II; RILEY STRAWDERMAN, CO II; BRENDAN RENNER, CO II,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, Senior District Judge.  (1:20-cv-00813-CCB)

Submitted:  February 21, 2023                     Decided:  February 24, 2023

Before NIEMEYER and DIAZ, Circuit Judges, and MOTZ, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Donald Vaughn, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Doc Vaughn seeks to appeal the district court's order granting Defendants' motion to dismiss or, in the alternative, for summary judgment, in Vaughn's 42 U.S.C. § 1983 action. We dismiss this appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on October 27, 2020. Vaughn filed the underlying notice of appeal, at the earliest, on August 7, 2022. *See Houston v. Lack*, 487 U.S. 266, 276 (1988). Because Vaughn failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2